**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LUIS RAMOS, | ) | Case No. SACV08-00013 JVS (RNBx) |
| Plaintiff, | ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | ) | |
| THE PEP BOYS MANNY MOE AND JACK, a California corporation; and DOES 1 through 10, | ) | [Assigned to Courtroom 10C, Hon. James V. Selna] |
| Defendants. | ) | |

1   Based on the Joint Stipulation of the Parties filed on February 26, 2009,
2   IT IS HEREBY ORDERED that:
3   1.   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the
4 settlement reached by the parties that resolves any and all claims between them, the
5 above-captioned action is hereby DISMISSED with prejudice.
6   2.   Except as set forth in the Settlement Agreement between the parties,
7 each party is to bear its own costs and attorney's fees.
8   IT IS SO ORDERED.

Dated: February 27, 2009

_____
HON. JAMES V. SELNA
JUDGE OF THE DISTRICT COURT